AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: Paul Wade | AUSA: Katharine Hemann  Telephone: (989) 574-8638
Telephone: (810) 278-6541

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.
Joseph Wayne Bosley

Case No. 1:22-mj-30425
Judge: Morris, Patricia T.
Filed: 10-04-2022

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 13, 2022__ in the county of __Gratiot__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 26 U.S.C. §5861(d) | Possession of Unregistered Firearms. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Paul Wade, Special Agent ATF
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: __October 4, 2022__

_____
*Judge's signature*

City and state: __Bay City, Michigan__

Patricia T. Morris, United States Magistrate Judge
*Printed name and title*

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT
*United States v. Joseph Wayne Bosley*

I, Paul Wade, being first duly sworn, hereby depose and state as follows:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF) and have been so employed since September 2005. Prior to my employment with ATF, I was a state certified Police Officer in the State of Tennessee for approximately six (6) years. I have conducted hundreds of investigations of firearms and narcotics offenses and have participated in scores of search warrants in such investigations, which have led to numerous arrests and prosecutions.

2. I make this affidavit from personal knowledge based on my participation in this investigation, my review of reports and other materials prepared by those who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

3. On June 13, 2022, the Gratiot County Sheriff's Department conducted a traffic stop on a 2014 Dodge Ram 1500 pickup truck driven by Joseph Wayne Bosley. Bosley was the sole occupant of the vehicle. During the course of the traffic

1

stop, a deputy observed a pistol on the floorboard of the vehicle.  A second deputy involved in the traffic stop observed what appeared to be a suppressor (silencer) laying on the backseat of the truck.

4. The deputy ran Bosley's information in the Michigan Law Enforcement Information Network (LEIN) and located an active arrest warrant for Bosley.  The deputy had Bosley exit the vehicle while he checked on the status of the arrest warrant.

5. The deputy asked if there was anything illegal inside the vehicle or any other suppressors.  Bosley advised he had one (1) suppressor.  The deputy asked for consent to search the vehicle and Bosley gave the deputy consent.

6. During the search of the vehicle the deputies located four (4) suppressors, one (1) pistol, one (1) AR-15 style rifle, and one (1) AK-47 style rifle.  The AR-15 rifle was clearly modified into a Short Barrel Rifle (SBR).  The barrel of the rifle had been changed and the length of the new barrel was less than 10 inches in length.  The barrel length of a rifle is to be a minimum of 14 inches, thus making Bosley's rifle a SBR.  When the deputy questioned Bosley about the rifle, Bosley admitted he knew it was illegal to convert the rifle to a SBR.  When asked if he applied for the proper tax stamp for the rifle Bosley replied "No".

7. ATF Agents conducted a field test of both the AR-15 style rifle and the

2

AK-47 style rifle. Both rifles field tested as fully automatic machine guns.

8. The National Firearm Registration and Transfer Record (NFRTR) is the central registry for all items regulated under the National Firearms Act (NFA), including silencers. Based on my training and experience I know all machine guns, SBR, and silencers are considered NFA-type weapons and are required by federal law to be registered in the NFRTR. Failure to register an NFA-type firearm, including a silencer is a violation of federal law.

9. ATF Agents examined all four (4) suppressors. There were no serial numbers or manufacturing markings on any of the suppressors. Since there were no serial numbers on the suppressors it would be impossible for Bosley to have the proper ATF paperwork for the suppressors and have them registered in the NFRTR.

10. On June 14, 2022, I contacted the National Firearms Branch to determine if Bosley had any firearms registered in the NFTR. I was notified that Bosley only had two (2) items submitted. One of the items was disapproved and the second was pending.

11. On June 16, 2022, I spoke with ATF Industry Operation Investigator (IOI) John Murphy and had him search the serial numbers of the two (2) seized rifles. Neither of the rifles were registered in the NFRTR.

12. On June 23, 2022, the ATF Flint Field Office executed a federal search warrant at the residence of Joseph Bosley. During the search of his residence, law enforcement officers located several aluminum jigs. The aluminum jigs were believed to be used to manufacture silencers. The jigs would assist the user to properly drill holes in the precise location of a silencer.

13. Based on the foregoing, I have probable cause to believe that on or about June 13, 2022, in Gratiot County, in the Eastern District of Michigan, Joseph Wayne Bosley knowingly possessed unregistered firearms as defined by 26 U.S.C. § 5845 which were not registered to him in the NFRTR in violation of 26 U.S.C § 5861(d).

Dated: October 4, 2022,

_____
Paul Wade
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and signed in my presence and/or by reliable electronic means on _____October 4, 2022_____.

_____
HON. PATRICIA T. MORRIS
UNITED STATES MAGISTRATE JUDGE

4